McLEOD v. McLEOD

No. 73 PC.

Case below: 43 N.C. App. 66.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 December 1979.

POWER & LIGHT CO. v. JACKSON

No. 59 PC.

Case below: 42 N.C. App. 731.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 December 1979.

STATE v. BAGLEY

No. 79 PC.

No. 37 (Spring Term).

Case below: 43 N.C. App. 171.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 December 1979.

STATE v. BRINCEFIELD

No. 75 PC.

Case below: 43 N.C. App. 49.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1979.

STATE v. DANCY

No. 72 PC.

Case below: 43 N.C. App. 208.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1979.